UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE MARIE DYER,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOES 1-50, inclusive; et al.,<br><br>    Defendants. | Case No.: 2:19-cv-06860-SB-KS<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

The parties filed a notice of settlement on May 11, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on July 16, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by July 9, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall file a status conference report by July 9, 2021 and appear at the OSC hearing even if they subsequently file a request for dismissal. IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

**NOTICE**: The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing in the status report why the settlement has not been—and reasonably could not have been—completed, and the parties should be prepared for the Court to set a trial date within 60 to 90 days (or the Court may reinstate any vacated deadlines).

Dated: May 12, 2021

                                                    Stanley Blumenfeld, Jr.
                                              United States District Judge