FILED
CLERK, U.S. DISTRICT COURT
August 5, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE MARIE DYER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-06860-SB-KSx<br><br>*District Judge: Hon. Stanley Blumenfeld*<br>*Magistrate Judge: Hon. Karen L. Stevenson*<br><br>[PROPOSED] ORDER RE: DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>Complaint Filed:  September 6, 2019<br>Trial Date:  N/A |

The Court is in receipt of the parties' Stipulation for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, the Court Orders that this matter shall be dismissed pursuant to the aforementioned Stipulation for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a).

DATE: 8/5/21   By: /s/ JBS

Honorable Stanley Blumenfeld
United States District Judge